# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ROBERT WILLIAM FISCHER, JR.**                                    **PLAINTIFF**

      v.      Civil No. 09-05086

**DOCTOR HUSKINS, ET AL.**                                    **DEFENDANTS**

### O R D E R

NOW on this 23rd day of February 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #22), filed on January 22, 2010, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, this case and all claims against defendants are dismissed, based on plaintiff's failure to obey court orders and failure to prosecute this action.

**IT IS SO ORDERED.**

                                      **/s/ Jimm Larry Hendren**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**